ENTERED ON DOCKET
10/29/09

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

IN RE:                                : CASE NO. G08-20388-REB
                                      :
MICHAEL BRETT KENNEDY,                : CHAPTER 7
                                      :
Debtor.                               : JUDGE BRIZENDINE

## ORDER RECONVERTING CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

The Court having conducted a hearing on October 14, 2009 on Trustee's objection to confirmation of Debtor's proposed plan in this case, upon review of same, it is

**ORDERED** that the above case be, and the same hereby is, **reconverted** from a case under Chapter 13 to a case under Chapter 7 and to be administered accordingly; and it is

**FURTHER ORDERED** as follows:

1. Within **fifteen (15) days** of the date of entry of this Order, the Debtor shall file the statements and schedules required by Federal Rule of Bankruptcy Procedure 1007(b) and (c) and Rule 1019(1)(A), if such documents have not already been filed, and any acts as required by Rules 1007 and 1019 and 11 U.S.C. § 521 shall be performed as provided by said provisions.

2. The Debtor **forthwith** shall turn over to the Chapter 7 Trustee any and all records and property of the estate remaining in her custody and control consistent with the terms of the U.S. Bankruptcy Code.

The Clerk is directed to serve a copy of this Order upon the Debtor, counsel for the Debtor, the Chapter 13 Trustee, the Chapter 7 Trustee as appointed, the United States Trustee,

and all creditors and parties in interest as listed in the mailing matrix.

**IT IS SO ORDERED.**

At Atlanta, Georgia this _16th_ of October, 2009.

ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE

000986    39407000986022

U.S. Bankruptcy Court
121 Spring St., SE
Room 120, Federal Building
Gainesville, GA 30501

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT



BOX CLOSED—NO FORWARDING
ATLANTA P&DC

**FIRST-C**

000986 986 1 AV 0.335 30348 6 9 6354-1-1365

G M A
PO Box 105677
Atlanta, GA 30348-5

NIXIE         300   DE 1        OO 10
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSE
         UNABLE TO FORWARD
BC: 30501378845        *2191-03837

30501@3788